```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :
            - v. -                   :     INFORMATION
                                     :
ENVER ALIJAJ,                        :     18 Cr. ___
                                     :
                     Defendant.      :
                                     :
- - - - - - - - - - - - - - - - - - x
```

USDC ...
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 24 2018

JUDGE OETKEN

18 CRIM 379

**COUNT ONE**
(Evasion of Payment of Income Taxes)

The United States Attorney charges:

1.  From at least in or about 2011, through in or about 2014, in the Southern District of New York and elsewhere, ENVER ALIJAJ, the defendant, willfully and knowingly did attempt to evade and defeat the payment of a substantial part of the income tax due and owing by ALIJAJ to the United States of America for the tax years 2011 through 2013, by various means, including, among other things, concealing and attempting to conceal from the IRS the nature and extent of his income by cashing his paychecks at check-cashing facilities, to avoid making deposits into his bank accounts, and

1

failing to file United States Individual Income Tax Returns, Forms 1040, for the tax years 2011 through 2013.

(Title 26, United States Code, Section 7201.)

*Geoffrey S. Berman*
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**ENVER ALIJAJ,**

Defendant.

---

**INFORMATION**

18 Cr.

(26 U.S.C. § 7201.)

GEOFFREY S. BERMAN
United States Attorney.

---