

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 12, 2019

<u>By ECF</u>
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Enver Alijaj*, **18 Cr. 379 (JPO)**

Dear Judge Oetken:

  The Government writes on behalf of the parties to ask that the pretrial conference, currently scheduled for November 15, 2019, be adjourned for a period of approximately 30 days. In addition, with the consent of defense counsel, the Government also moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The adjournment and exclusion will permit the parties additional time to attempt to reach a resolution in the case, in light of the defendant's pending health concerns, and in particular, will permit the defense additional time to obtain relevant records.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:     /s/    
Kimberly Ravener
Assistant United States Attorney
(212) 637-2358

---

Granted. The pretrial conference is adjourned to December 17, 2019, at 10:30 am. Time is excluded through December 17, 2019, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
So ordered:
November 13, 2019

_____
J. PAUL OETKEN
United States District Judge