

COUNSELORS AT LAW

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

> Granted.  The December 17, 2019 conference is adjourned to February 10, 2020, at 11:00 a.m.  Time is excluded through February 10, 2020, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
>    So ordered.
>    December 16, 2019
>
> _/s/ J. Paul Oetken_
> J. PAUL OETKEN
> United States District Judge

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Alijaj*, 18 Cr. 379 (JPO)

Dear Judge Oetken:

    We represent defendant Enver Alijaj in the above-captioned proceeding.  We write on behalf of the parties to ask that the pretrial conference, currently scheduled for December 17, 2019, be adjourned to February 10, 2010, a period of approximately 60 days.  The parties anticipate that on that date they will be in a position to discussion a possible resolution of the criminal proceeding.  Defense counsel consents to the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A) between the date of tomorrow's currently scheduled conference and February 10, 2010 as it will permit the parties additional time to attempt to reach a resolution in the case.

    We thank the Court in advance for its consideration of these matters.

                     Respectfully submitted,

                      /s/

                      Dawn M. Cardi
                      Attorney for defendant Enver Alijaj

cc:    Kimberly Ravener (by ECF)
       Assistant United States Attorney

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com