

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2020

<u>By ECF</u>
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Enver Alijaj*, **18 Cr. 379 (JPO)**

Dear Judge Oetken:

      The Government writes on behalf of the parties to ask that the pretrial conference, currently scheduled for March 13, 2020, be adjourned for a period of approximately 60 days. In addition, with the consent of defense counsel, the Government also moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The adjournment and exclusion will permit the parties additional time to attempt to reach a resolution in the case, in light of the defendant's pending health concerns.

> Granted. The status conference is hereby adjourned to May 13, 2020, at 10:00 am. Time is excluded through May 13, 2020, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered: 3/16/20

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:          /s/
     Kimberly Ravener
     Assistant United States Attorney
     (212) 637-2358

_____
J. PAUL OETKEN
United States District Judge