

**Partners**
Dawn M. Cardi
Chad L. Edgar

**Associates**
Jessica Friedrich
Joanna C. Kahan

**Of counsel**
Diane Ferrone

March 12, 2021

<u>*Via ECF*</u>

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:    <u>United States v. Enver Alijaj</u>, 18-cr-379 (JPO)

Your Honor:

      I write, with no objection from the government, to respectfully request the Court endorse this letter and order Pre-Trial Services to return Mr. Alijaj's passport. The Court signed a Nolle Prosequi in this case on June 5, 2020. <u>See</u> ECF # 54.

      We also request that the Court permit his sister, Emine Alijaj, to pick up Mr. Alijaj's passport in his stead, given his continued medical conditions.

      The government has informed us it has no objection to the return of Mr. Alijaj's passport.

      We thank the Court for its consideration of the instant application.

Granted.
Pretrial Services is hereby directed to release defendant's passport to his sister, Ermine Alijaj.
  So ordered: 3/15/2021

Respectfully submitted,

    /s/

Dawn M. Cardi

_____
J. PAUL OETKEN
United States District Judge

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com